J. L. Hudson Co. *v.* United States

**No. 6859.**—Invoices dated London, England, April 12, 1946, etc.
Certified April 29, 1946, etc.
Entered at Detroit, Mich., June 11, 1946, etc.
Entry No. 9862, etc.

(Decided February 11, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

H. W. Robinson & Co. *v.* United States

**No. 6860.**—Invoices dated London, England, January 30, 1942, etc.
Certified February 4, 1942, etc.
Entered at New York, N. Y., March 5, 1942, etc.
Entry No. 741491, etc.

(Decided February 11, 1947)

*Lane & Wallace* and *Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Tilson, Judge: The appeals list in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation of counsel to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the agreed facts and following the pronouncements in *United States* v. *Pitcairn, supra*, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importer to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.